

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
MIDWEST REGION

**FILED**
MAY 1 4 2008  NF
MAY 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

55 West Monroe Street, Suite 1825
Chicago, IL 60603-5701

Karen D. Dodge
Staff Attorney

Direct Dial
(312) 960-5608

May 14, 2008

08CV2783
JUDGE DOW
MAGISTRATE JUDGE DENLOW

**VIA PERSONAL DELIVERY**
Michael W. Dobbins
Clerk of Court
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

Re:   *FTC v. Data Business Solutions Inc., et al.*, Civ. No. _____

Dear Mr. Dobbins:

Plaintiff, the Federal Trade Commission ("FTC"), hereby respectfully requests that the complaint and accompanying papers filed on this date, be kept under seal until Monday, May 19, 2008, at 5:00 p.m., pursuant to Local Rule 5.7(a). Pursuant to Local Rule 5.7(a), the FTC states:

1. The party making this request is Plaintiff FTC, by its attorney Karen D. Dodge, 55 West Monroe Street, Suite 1825, Chicago, Illinois 60603, kdodge@ftc.gov;

2. The FTC believes that, due to special circumstances set forth in the Plaintiff's *Ex Parte* Motion to File Papers Under Temporary Seal and Certification of Karen D. Dodge Pursuant to Federal Rule of Civil Procedure 65(b) in Support of *Ex Parte* Motion For Temporary Restraining Order, filed herewith, which the FTC will promptly bring to the attention of the judge to whom the case is assigned, it is necessary to restrict access to the case at filing; and

3. The FTC is aware that, absent an order extending or setting aside the seal, the file and its contents will become public on the fourth business day following the date of filing.

Very truly yours,

Karen D. Dodge
Karen D. Dodge
Staff Attorney