Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2783 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Suppressed vs. Suppressed | | |

**DOCKET ENTRY TEXT**

Plaintiff's *Ex Parte* Motion to temporarily seal file until service of the TRO is made upon defendants, but in no event later than Monday, May 19, 2008 at 5:00p.m. Central Time, is granted. Enter Order Temporarily Sealing File. *Ex Parte* Motion for TRO with asset freeze and other equitable relief and Order to Show Cause why a preliminary injunction should not issue, Granted. Enter *Ex Parte* Temporary Restraining Order and Order to Show Cause. Injunction and show cause hearing set for 5/29/08 at 9:30a.m.
Status hearing set for 5/22/08 at 9:45a.m.

00:30

| | Courtroom Deputy Initials: | TBK |
|---|---|---|