IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. |
| DATA BUSINESS SOLUTIONS INC., *et al.*, ) | **08CV2783** |
| Defendants. ) | |

[PROPOSED]
**ORDER TEMPORARILY SEALING FILE**

**IT IS HEREBY ORDERED** that, good cause having been shown therefore, all pleadings and papers filed in the above-captioned matter shall be sealed. The seal shall lift automatically without further order of the Court at 5:00 p.m., Central Standard Time, on Monday, May 19, 2008. This Order shall not be construed to prohibit service or other disclosure by plaintiff or those acting at its discretion.

**IT IS SO ORDERED**, this 14th day of May, 2008, at 2:40 p.m.

MAY 14 2008

_____
United States District Judge