FILED
MAY 14 2008
Judge Robert M. Dow, Jr.
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DATA BUSINESS SOLUTIONS INC., also d/b/a ) <br> INTERNET LISTING SERVICE CORP., ) <br> ILS CORP., ILSCORP.NET, DOMAIN LISTING ) <br> SERVICE CORP., DLS CORP., and ) <br> DLSCORP.NET; ) <br> ) <br> ARI BALABANIAN; ) <br> ) <br> ISAAC BENLOLO; and ) <br> ) <br> KIRK MULVENEY, ) <br> ) <br> Defendants. ) <br> ) | 08CV2783 <br> JUDGE DOW <br> MAGISTRATE JUDGE DENLOW |

**INDIVIDUAL FINANCIAL STATEMENT FORM**

(Referenced in Section III of the Ex Parte Temporary Restraining Order with
Asset Freeze and Other Equitable Relief and Order to Show Cause Why a
Preliminary Injunction Should Not Issue)

## **FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT**

**Instructions:**

1. Complete all items. Enter "None" or "N/A" ("Not Applicable") where appropriate. If you cannot fully answer a question, explain why.

2. "Dependents" include your live-in companion, dependent children, or any other person, whom you or your spouse (or your children's other parent) claimed or could have claimed as a dependent for tax purposes at any time during the past five years.

3. "Assets" and "Liabilities" include ALL assets and liabilities, located within the United States, Canada, or elsewhere, whether held individually or jointly. When stating the value of any asset or liability, be sure to indicate in what currency you are stating the value (*e.g., United States, Canadian, etc.*).

4. Attach continuation pages as needed. On the financial statement, state next to the Item number that the Item is being continued. On the continuation page(s), identify the Item number being continued.

5. Type or print legibly.

6. Initial each page in the space provided in the lower right corner.

7. Sign and date the completed financial statement on the last page.

**Penalty for False Information:**

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person:

(1) "in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "in any ... statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3) "in any (... statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information ... knowing the same to contain any false material declaration" (18 U.S.C. § 1623).

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571.

## **BACKGROUND INFORMATION**

**Item 1.**      **Information About You**

Your Full Name_____

Place of Birth_____ Date of Birth_____

Current address_____ From (Date)_____

Rent or Own?_____Telephone No._____ Fax No._____

Soc. Sec. No./Soc. Ins. No._____ Drivers License No._____

Passport No._____ Country Where Issued_____

Identify any other name(s), social security number(s), and/or social insurance number(s), you have used, and the time period(s) during which they were used _____

E-Mail Address _____ Internet Home Page _____

Previous Addresses for past five years:

Address _____Rent or Own?_____ From/Until _____

Address _____Rent or Own?_____ From/Until _____

Address _____Rent or Own?_____ From/Until _____

**Item 2.**      **Information About Your Spouse or Live-In Companion**

Spouse/Companion's Name _____

Place of Birth_____ Date of Birth_____

Social Security No./Social Insurance Number_____

Identify any other name(s), social security number(s), and/or social insurance number(s), your spouse/companion has used, and the time period(s) during which they were used_____

Address (if different from yours)_____

From (Date)_____ Rent or Own?_____ Telephone No._____

Employer's Name and Address _____

Job Title_____ Years in Present Job_____ Annual Gross Salary/Wages $_____

- 2 -                                                                                                          Initials _____

**Item 3.**   **Information About Your Previous Spouse**

Previous Spouse's Name & Address _____

Social Security No./Social Insurance No. _____ Date of Birth _____

**Item 4.**   **Contact Information**

Name & Address of Nearest Living Relative or Friend_____

_____ Telephone No._____

**Item 5.**   **Information About Children or Dependents Who Live With You**

Name_____ Date of Birth_____

Relationship _____ Soc. Sec. No./Soc. Ins. No._____

Name_____ Date of Birth_____

Relationship _____ Soc. Sec. No./Soc. Ins. No._____

Name_____ Date of Birth_____

Relationship _____ Soc. Sec. No./Soc. Ins. No._____

**Item 6.**   **Information About Children or Dependents Who Do Not Live With You**

Name & Address _____

Date of Birth_____ Relationship_____Soc. Sec. No./Soc. Ins. No._____

Name & Address _____

Date of Birth_____ Relationship_____Soc. Sec. No./Soc. Ins. No._____

Name & Address _____

Date of Birth_____ Relationship_____Soc. Sec. No./Soc. Ins. No._____

**Item 7.**   **Employment Information**

Provide the following information for this year-to-date and for each of the previous five full years, for each company of which you were a director, officer, employee, agent, or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, draws, consulting fees, loans, loan payments, dividends, royalties or other benefits for which you did not pay (*e.g.*, health insurance premiums, automobiles lease or loan payments) received by you or anyone else on your behalf. Remember to state the currency of the income received.

Company Name & Address _____

Date Employed: From (Month/Year)_____ To (Month/Year)_____

Initials _____

**Item 7. Continued**

Positions Held with Beginning and Ending Dates _____

Income Received:  This year-to-date:      $_____      20___: $_____

                                            20___: $_____      20___: $_____

                                            20___: $_____      19___: $_____

Company Name & Address _____

Date Employed:  From (Month/Year)_____ To (Month/Year)_____

Positions Held with Beginning and Ending Dates _____

Income Received:  This year-to-date:      $_____      20___: $_____

                                            20___: $_____      20___: $_____

                                            20___: $_____      19___: $_____

Company Name & Address _____

Date Employed:  From (Month/Year)_____ To (Month/Year)_____

Positions Held with Beginning and Ending Dates _____

Income Received:  This year-to-date:      $_____      20___: $_____

                                            20___: $_____      20___: $_____

                                            20___: $_____      19___: $_____

**Item 8.**        **Pending Lawsuits Filed by You or Your Spouse**

List all pending lawsuits that have been filed by you or your spouse in court or before an administrative agency. (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

<u>Item 9.</u>       **Pending Lawsuits Filed Against You or Your Spouse**

List all pending lawsuits or indictments that have been filed or charges which have been laid against you or your spouse in court or before an administrative agency. (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

<u>Item 10.</u>      **Safe Deposit Boxes**

List all safe deposit boxes, located within the United States, Canada, or elsewhere, held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents. *On a separate page, describe the contents of each box.*

| <u>Owner's Name</u> | <u>Name & Address of Depository Institution</u> | <u>Box No.</u> |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

<u>Item 11.</u>      **Business Interests**

List all businesses for which you, your spouse, or your dependents are an officer or director.

Business' Name & Address_____

Business Format (*e.g.* corporation)_____

Description of Business_____

Position(s) Held, and By Whom_____


Business' Name & Address_____

Business Format (*e.g.* corporation)_____

Description of Business_____

Position(s) Held, and By Whom_____

**Item 11. Continued**

Business' Name & Address_____

Business Format (*e.g.* corporation)_____

Description of Business_____

Position(s) Held, and By Whom_____


Business' Name & Address_____

Business Format (*e.g.* corporation)_____

Description of Business_____

Position(s) Held, and By Whom_____

### FINANCIAL INFORMATION: ASSETS AND LIABILITIES

**REMINDER:** "Assets" and "Liabilities" include **ALL** assets and liabilities, located within the United States, Canada, or elsewhere, whether held individually or jointly. Be sure to indicate the type of currency.

**Item 12.**    **Cash, Bank, and Money Market Accounts**

List cash and all bank and money market accounts, including, but not limited to, checking accounts, savings accounts, and certificates of deposit, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents. The term "cash" includes currency and uncashed checks.


Cash on Hand $_____ Cash Held for Your Benefit $_____

| Name on Account | Name & Address of Financial Institution | Account No. | Current Balance |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

Initials _____

**Item 13.**     **Government Securities**

List all Government securities, including, but not limited to, savings bonds, treasury bills, and treasury notes, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

<u>Name on Account</u>          <u>Type of Obligation</u>                              <u>Security Amount</u>     <u>Maturity Date</u>

_____   _____ $_____ _____

_____   _____ $_____ _____

_____   _____ $_____ _____

**Item 14.**     **Publicly Traded Securities and Loans Secured by Them**

List all publicly traded securities, including, but not limited to, stocks, stock options, registered and bearer bonds, state, provincial, and municipal bonds, and mutual funds, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Issuer_____ Type of Security_____ No. of Units Owned_____

Name on Security_____Current Fair Market Value $_____

Loan(s) Against Security $_____

Broker House, Address_____Broker Account No._____

Issuer_____ Type of Security_____ No. of Units Owned_____

Name on Security_____Current Fair Market Value $_____

Loan(s) Against Security $_____

Broker House, Address_____Broker Account No._____

**Item 15.**     **Other Business Interests**

List all other business interests, including, but not limited to, non-public corporations, subchapter-S corporations, limited liability corporations ("LLCs"), general or limited partnership interests, sole proprietorships, and oil and mineral leases, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Business Format_____ Business' Name & Address_____

_____Ownership %_____

Owner (*e.g.*, self, spouse)_____ Current Fair Market Value $_____

**Item 15. Continued**

Business Format_____ Business' Name & Address_____

_____Ownership %_____

Owner (*e.g.*, self, spouse)_____ Current Fair Market Value $_____

Business Format_____ Business' Name & Address_____

_____Ownership %_____

Owner (*e.g.*, self, spouse)_____ Current Fair Market Value $_____

**Item 16.       Monetary Judgments or Settlements Owed to You, Your Spouse, or Your Dependents**

List all monetary judgments or settlements owed to you, your spouse, or your dependents.

Opposing Party's Name & Address _____

Court's Name & Address _____Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

**Item 17.       Other Amounts Owed to You, Your Spouse, or Your Dependents**

List all other amounts owed to you, your spouse, or your dependents.

Debtor's Name, Address, & Telephone No. _____

Original Amount Owed $_____ Current Amount Owed $_____ Monthly Payment $_____

**Item 18.       Life Insurance Policies**

List all life insurance policies held by you, your spouse, or your dependents.

Insurance Company's Name, Address, & Telephone No._____

_____

Insured_____ Beneficiary_____ Face Value $_____

Policy No._____ Loans Against Policy $_____ Surrender Value $_____

**Item 18. Continued**

Insurance Company's Name, Address, & Telephone No. _____

_____

Insured_____ Beneficiary_____ Face Value $_____

Policy No._____ Loans Against Policy $_____ Surrender Value $_____

**Item 19.    Deferred Income Arrangements**

List all deferred income arrangements, including, but not limited to, deferred annuities, pension plans, profit-sharing plans, 401(k) plans, IRAs, Keoghs, RRSPs, and other retirement accounts, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Name on Account_____ Type of Plan_____ Date Established_____

Trustee or Administrator's Name, Address & Telephone No._____

_____

Account No._____ Surrender Value $_____

Name on Account_____ Type of Plan_____ Date Established_____

Trustee or Administrator's Name, Address & Telephone No._____

_____

Account No._____ Surrender Value $_____

**Item 20.    Personal Property**

List all personal property, by category, whether held for personal use or for investment, including, but not limited to, furniture and household goods or value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Property Category (e.g. artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |

**Item 21.    Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles**

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Vehicle Type_____Make_____Model_____Year_____

Registered Owner's Name_____Registration State/Province & No._____

Vehicle Identification No._____ Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No._____

Lender's Name & Address_____

Original Loan Amount $_____ Current Loan Balance $_____

Monthly Payment $_____ Who makes payments?_____

Vehicle Type_____Make_____Model_____Year_____

Registered Owner's Name_____Registration State/Province & No._____

Vehicle Identification No._____ Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No._____

Lender's Name & Address_____

Original Loan Amount $_____ Current Loan Balance $_____

Monthly Payment $_____ Who makes payments?_____

Vehicle Type_____Make_____Model_____Year_____

Registered Owner's Name_____Registration State/Province & No._____

Vehicle Identification No._____ Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No._____

Lender's Name & Address_____

Original Loan Amount $_____ Current Loan Balance $_____

Monthly Payment $_____ Who makes payments?_____

Initials _____

**Item 22.**     **Real Property**

List all real estate held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____Loan or Account No._____

Lender's Name and Address_____

Current Balance on First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____Loan or Account No._____

Lender's Name and Address_____

Current Balance on First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____Loan or Account No._____

Lender's Name and Address_____

**Item 22.  Continued**

Current Balance on First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

**Item 23.        Credit Cards**

List each credit card held by you, your spouse, or your dependents.  Also list any other credit cards that you, your spouse, or your dependents use.

| Name of Credit Card (e.g. Visa MasterCard, Department Store) | Account No. | Name(s) on Account | Current Balance | Minimum Monthly Payment |
|---|---|---|---|---|
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |

**Item 24.        Taxes Payable**

List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your dependents.

| Type of Tax | Amount Owed | Year Incurred |
|---|---|---|
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |

**Item 25.        Judgments or Settlements Owed**

List all judgments or settlements owed by you, your spouse, or your dependents.

Opposing Party's Name & Address _____

Court's Name & Address _____Docket No._____

Nature of Lawsuit_____ Date_____ Amount $_____

**Item 25. Continued**

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No._____

Nature of Lawsuit_____ Date_____ Amount$_____

**Item 26.**   **Other Loans and Liabilities**

List all other loans or liabilities in your, your spouse's, or your dependents' names.

Name & Address of Lender/Creditor_____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____


Name & Address of Lender/Creditor_____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____

**OTHER FINANCIAL INFORMATION**

**Item 27.**   **Tax Returns**

List all tax returns that were filed during the last three years by or on behalf of you, your spouse, or your dependents. *Provide a copy of each signed tax return that was filed during the last three years.*

| Tax Year | Name(s) on Return | Refund Expected |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**Item 31.**　　**Combined Balance Sheet for You, Your Spouse, and Your Dependents**

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on Hand (Item 12) | $_____ | Credit Cards (Item 23) | $_____ |
| Cash in Financial Institutions (Item 12) | $_____ | Motor Vehicles-Liens (Item 21) | $_____ |
| Government Securities (Item 13) | $_____ | Real Property-Encumbrances (Item 22) | $_____ |
| Publicly Traded Securities (Item 14) | $_____ | Loans Against Publicly Traded Securities (Item 14) | $_____ |
| Other Business Interests (Item 15) | $_____ | Taxes Payable (Item 24) | $_____ |
| Judgments or Settlements Owed to You (Item 16) | $_____ | Judgments or Settlements Owed (Item 25) | $_____ |
| Other Amounts Owed to You (Item 17) | $_____ | Other Loans and Liabilities (Item 26) | $_____ |
| Surrender Value of Life Insurance (Item 18) | $_____ | **Other Liabilities** (Itemize) | |
| Deferred Income Arrangements (Item 19) | $_____ | _____ | $_____ |
| Personal Property (Item 20) | $_____ | _____ | $_____ |
| Motor Vehicles (Item 21) | $_____ | _____ | $_____ |
| Real Property (Item 22) | $_____ | _____ | $_____ |
| **Other Assets** (Itemize) | | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| **Total Assets** | $_____ | **Total Liabilities** | $_____ |

**Item 32.**  **Combined Average Monthly Income and Expenses for You, Your Spouse, and Your Dependents for the Last 6 Months**

Provide the average monthly income and expenses for you, your spouse, and your dependents for the last 6 months. Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

| INCOME | | EXPENSES | |
|---|---|---|---|
| Salary-After Taxes | $_____ | Mortgage Payments for Residence(s) | $_____ |
| Fees, Commissions, and Royalties | $_____ | Property Taxes for Residence(s) | $_____ |
| Interest | $_____ | Rental Property Expenses, Including Mortgage Payments, Taxes & Insurance | $_____ |
| Dividends & Capital Gains | $_____ | Car or Other Vehicle Lease or Loan Payments | $_____ |
| Gross Rental Income | $_____ | Food Expenses | $_____ |
| Profits from Sole Proprietorships | $_____ | Clothing Expenses | $_____ |
| Distributions from Partnerships S-Corporations, and LLCs | $_____ | Utilities | $_____ |
| Distributions from Trusts and Estates | $_____ | Medical Expenses, Including Insurance | $_____ |
| Distributions from Deferred Income Arrangements | $_____ | Other Insurance Premiums | $_____ |
| Social Security or other government support payments | $_____ | Other Transportation Expenses | $_____ |
| Alimony/Child Support Received | $_____ | Other Household Expenses | $_____ |
| Gambling Income | $_____ | | |
| Other Income (Itemize) | | Other Expenses (Itemize) | |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| Total Income | $_____ | Total Expenses | $_____ |

Initials _____

## ATTACHMENTS

<u>Item 33.</u>     **Documents Attached to this Financial Statement**

List all documents that are being submitted with this financial statement.

<u>Item No. Document</u>           <u>Description of Document</u>
<u>Relates To</u>

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____


        I am submitting this financial statement voluntarily with the understanding that it may affect action by the Federal Trade Commission or a federal court. I have used my best efforts to obtain the information requested in this statement. The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control. I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on:


_____          _____
(Date)                          Signature