$qwr$

## United States District Court for the Northern District of Illinois

08CV2783

Case JUDGE DOW

igned/Issued By:_____

MAGISTRATE JUDGE DENLOW    )N

**Amount Due:**

☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☒ No Fee    ☐ Other _____

☐ $455.00

No. Service copies    _____    Date:_____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

### ISSUANCES

☒ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgement

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    _____

☐ Writ _____    (Victim and $ Amount)
   (Type of Writ)

4 Original and _4_ copy on 5/14/8 as to All Def's _____
MAY 14 2008 (Date)

C:\wpwin80\docket\feeinfo.frm    04/07/05