IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DATA BUSINESS SOLUTIONS INC., et al.,<br><br>　　　　Defendants. | Civil Action No. 08 CV 2783<br><br>Judge Robert M. Dow Jr.<br><br>Magistrate Judge Morton Denlow |

**JOINT MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

The plaintiffs, Federal Trade Commission ("FTC" or "Commission"), and defendants Data Business Solutions Inc., also d/b/a Internet Listing Service Corp., ILS Corp., ILSCORP.NET, Domain Listing Service Corp., DLS Corp., and DLSCORP.NET; Ari Balabanian; Isaac Benlolo; and Kirk Mulveney, by and through their counsel, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, hereby stipulate and agree to extend and modify the Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), originally entered by this Court on May 14, 2008, as follows:

　　　　1.　　That Section XVII of the TRO is modified so that the TRO shall not expire until June 12, 2008, at 11:59 p.m., unless within such time the TRO is further extended with the consent of the parties;

　　　　2.　　That Section XVIII of the TRO is modified to provide that the hearing on the rule

1

to show cause as to why a preliminary injunction should not issue shall be held on June 12, 2008, at 9:30 a.m., in the Courtroom of the Honorable Robert M. Dow Jr., Room 1919, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois,

    3. That Section XVIII of the TRO is further modified to provide that, any party intending to present the testimony of any witness at the hearing on a Preliminary Injunction in this matter shall, at least seventy-two (72) hours prior to the scheduled date and time of hearing, file with this Court and serve on all other parties a statement disclosing the name, address, and telephone number of any such witness, and either a summary of the witness' expected testimony, or the witness' affidavit revealing the substance of such witness' expected testimony;

    4. That, pursuant to Section II of the TRO, ten thousand dollars ($10,000) shall be released from the frozen assets of defendants Data Business Solutions Inc. and Ari Balabanian. This $10,000 shall be transferred to the firm of DiVincenzo Schoenfield Swartzman as a retainer for the legal representation of defendants Data Business Solutions and Balabanian in the above-captioned matter;

    5. That, pursuant to Section II of the TRO, ten thousand dollars ($10,000) shall be released from the frozen assets of defendants Isaac Benlolo and Kirk Mulveney. This $10,000 shall be transferred to the firm of Loftus & Saltzberg, P.C. as a retainer for the legal representation of defendants Benlolo and Mulveney in the above-captioned matter; and

//
//
//
//
//

6. That, in all other respects, the asset freeze and remaining provisions of the TRO are to remain in full force and effect.

**IT IS SO ORDERED.**

Dated: _____, 2008    _____

                                                                 Honorable Robert M. Dow Jr.
                                                                  United States District Judge

So Stipulated:

_/s/ Marissa Reich_____    _____
KAREN D. DODGE                      SALLY H. SALTZBERG
MARISSA J. REICH                    Loftus & Saltzberg, P.C.
Federal Trade Commission            53 W. Jackson Blvd., Suite 1515
55 W. Monroe St., Suite 1825        Chicago, Illinois 60604
Chicago, Illinois 60603             (312) 913-2000 (phone)
(312) 960-5634 (phone)              (312) 663-6406 (facsimile)
(312) 960-5600 (facsimile)
                                    Attorney for Defendants Isaac Benlolo and
Attorneys for Plaintiff             Kirk Mulveney
Federal Trade Commission

_/s/ Anthony DiVincenzo_____
ANTHONY DIVINCENZO
RICK M. SCHOENFIELD
DiVincenzo Schoenfield Swartzmann
33 N. LaSalle St., 29th Floor
Chicago, Illinois 60602
(312) 334-4800 (phone)
(312) 551-0322 (facsimile)

Attorneys for Defendants Data Business
Solutions Inc. and Ari Balabanian

3

6. That, in all other respects, the asset freeze and remaining provisions of the TRO are to remain in full force and effect.

**IT IS SO ORDERED.**

Dated: _____, 2008    _____

                                                         Honorable Robert M. Dow Jr.
                                                         United States District Judge

So Stipulated:

_____        _____
KAREN D. DODGE                     SALLY H. SALTZBERG
MARISSA J. REICH                   Loftus & Saltzberg, P.C.
Federal Trade Commission           53 W. Jackson Blvd., Suite 1515
55 W. Monroe St., Suite 1825       Chicago, Illinois 60604
Chicago, Illinois 60603            (312) 913-2000 (phone)
(312) 960-5634 (phone)             (312) 663-6406 (facsimile)
(312) 960-5600 (facsimile)
                                   Attorney for Defendants Isaac Benlolo and
Attorneys for Plaintiff            Kirk Mulveney
Federal Trade Commission


_____
ANTHONY DIVINCENZO
RICK M. SCHOENFIELD
DiVincenzo Schoenfield Swartzmann
33 N. LaSalle St., 29th Floor
Chicago, Illinois 60602
(312) 334-4800 (phone)
(312) 551-0322 (facsimile)

Attorneys for Defendants Data Business
Solutions Inc. and Ari Balabanian

3