# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2783 | **DATE** | 5/22/2008 |
| **CASE TITLE** | FTC vs. Data Business Solutions | | |

**DOCKET ENTRY TEXT**

MOTION by Defendants Ari Balabanian, Isaac Benlolo, Kirk Mulveney, Data Business Solutions Inc., Plaintiff Federal Trade Commission for extension of time for Duration of Temporary Restraining Order [21] is granted. ENTER ORDER: extending TRO and Order to Show Cause. The TRO is modified so that the TRO shall not expire until June 12, 2008 at 11:59p.m. Hearing date of 5/29/08 is stricken and reset to 6/12/08 at 8:30a.m.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | TBK |
|---|---|---|