IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DATA BUSINESS SOLUTIONS INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08 CV 2783 <br><br> Judge Robert M. Dow Jr. <br><br> Magistrate Judge Morton Denlow |

### ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER

This cause coming to be heard on the parties' Joint Motion to Extend the Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), originally entered by this Court on May 14, 2008, it is hereby ordered:

1. That Section XVII of the TRO is modified so that the TRO shall not expire until June 12, 2008, at 11:59 p.m., unless within such time the TRO is further extended with the consent of the parties;

2. That Section XVIII of the TRO is modified to provide that the hearing on the rule to show cause as to why a preliminary injunction should not issue shall be held on June 12, 2008, at 8:30 a.m., in the Courtroom of the Honorable Robert M. Dow Jr., Room 1919, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois,

3. That Section XVIII of the TRO is further modified to provide that, any party intending to present the testimony of any witness at the hearing on a Preliminary Injunction in

1

this matter shall, at least seventy-two (72) hours prior to the scheduled date and time of hearing, file with this Court and serve on all other parties a statement disclosing the name, address, and telephone number of any such witness, and either a summary of the witness' expected testimony, or the witness' affidavit revealing the substance of such witness' expected testimony;

4. That, pursuant to Section II of the TRO, ten thousand dollars ($10,000) shall be released from the frozen assets of defendants Data Business Solutions Inc. and Ari Balabanian. This $10,000 shall be transferred to the firm of DiVincenzo Schoenfield Swartzman as a retainer for the legal representation of defendants Data Business Solutions and Balabanian in the above-captioned matter;

5. That, pursuant to Section II of the TRO, ten thousand dollars ($10,000) shall be released from the frozen assets of defendants Isaac Benlolo and Kirk Mulveney. This $10,000 shall be transferred to the firm of Loftus & Saltzberg, P.C. as a retainer for the legal representation of defendants Benlolo and Mulveney in the above-captioned matter; and

6. That, in all other respects, the asset freeze and remaining provisions of the TRO are to remain in full force and effect.

**IT IS SO ORDERED.**

Dated: _May 22_____, 2008    _____
Honorable Robert M. Dow Jr.
United States District Judge

2