AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Federal Trade Commission

V.

Data Business Solutions Inc., also d/b/a Internet Listing Service Corp., ILS Corp., ILSCORP.NET, Domain Listing Service Corp., DLS Corp., and DLSCORP.NET; Ari Balabanian; Isaac Benlolo; and Kirk Mulveney

CASE 08CV2783
JUDGE DOW
ASSIGNED MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Data Business Solutions Inc., also d/b/a Internet Listing Service Corp., ILS Corp., ILSCORP.NET, Domain Listing Service Corp., DLS Corp., and DLSCORP.NET
6315 Shawson Drive
Unit #4
Mississauga, ON  L5T 1J2
CANADA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen D. Dodge
Federal Trade Commission
55 W. Monroe, Suite 1825
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 1 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | MAY 15, 2008 |
| NAME OF SERVER (PRINT)  RAJA TODD | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 5990 FALBOURNE STREET, MISSISSAUGA, ONTARIO, L5R 3S7

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 20 2008
   Date

Signature of Server

365 EVANS AVENUE, SUITE 604
TORONTO, ONTARIO, M8Z 1K2
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case No.: 08CV2783

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**BETWEEN**

FEDERAL TRADE COMMISSION

PLAINTIFF

AND

DATA BUSINESS SOLUTIONS INC., ALSO D/B/A INTERNET LISTING SERVICE CORP., ILS CORP., ILSCORP.NET, DOMAIN LISTING SERVICE CORP., DLS CORP. AND DLSCORP.NET; ARI BALABANIAN; ISAAC BENLOLO; AND KIRK MULVENEY

DEFENDANTS

## AFFIDAVIT OF SERVICE

I, Raja Todd, of the City of Toronto, in the Province of Ontario, Process Server, make oath and say:

(1) On May 15, 2008, at 2:30 PM, I served DATA BUSINESS SOLUTIONS INC., ALSO D/B/A INTERNET LISTING SERVICE CORP., ILS CORP., ILSCORP.NET, DOMAIN LISTING SERVICE CORP., DLS CORP., AND DLSCORP.NET with the SUMMONS, COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF, TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, INDIVIDUAL FINANCIAL STATEMENT FORM, CORPORATE FINANCIAL STATEMENT FORM, CIVIL COVER SHEET, PLAINTIFF'S APPEARANCE FORMS, LETTER TO CLERK OF COURT REGARDING SEAL, EX PARTE APPLICATION TO FILE PAPERS UNDER SEAL, ORDER TEMPORARILY SEALING FILE, EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF, DECLARATION IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND EXHIBITS TO MEMORANDUM SUPPORTING PLAINTIFF'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE by leaving a copy with ARI BALABANIAN, President and person appearing in care and control and/or management of DATA BUSINESS SOLUTIONS INC., ALSO D/B/A INTERNET LISTING SERVICE CORP., ILS CORP., ILSCORP.NET, DOMAIN LISTING SERVICE CORP., DLS CORP., AND DLSCORP.NET at 5990 Falbourne Street, Mississauga, Ontario, L5R 3S7.

(2) I was able to identify the person by means of:
(a) At the time and place of service, ARI BALABANIAN identified himself to me by verbal admission.

(3) ARI BALABANIAN is a white skinned, brown haired male who is approximately 25-30 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 160 lbs.

(4)　ARI BALABANIAN informed me and I verily believe that he is not active in the United States Military.

| | |
|---|---|
| SWORN BEFORE ME at the<br>City of Toronto, in the Province<br>of Ontario, this 20th day of<br>May, 2008. | )<br>)<br>)<br>) |

_____
A commissioner etc.

_____
(Raja Todd)

Greg Borg, a Commissioner, etc., City of
Toronto, for Borg Process Servers Inc.,
and for Process Serving and Tenant
Protection Act, 1997 matters only.
Expires March 14, 2009.