AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Federal Trade Commission

V.

Data Business Solutions Inc., also d/b/a Internet Listing Service Corp., ILS Corp., ILSCORP.NET, Domain Listing Service Corp., DLS Corp., and DLSCORP.NET; Ari Balabanian; Isaac Benlolo; and Kirk Mulveney

CASE    08CV2783

ASSIG    JUDGE DOW
         MAGISTRATE JUDGE DENLOW

DESIG

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Kirk Mulveney
20 Killarney Court
Brampton, ON  L6Z 3B7
CANADA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen D. Dodge
Federal Trade Commission
55 W. Monroe, Suite 1825
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 1 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *MAY 15 2008* |
| NAME OF SERVER *(PRINT)*  *RAJA TODD* | TITLE  *PROCESS SERVER* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:  *JOANNE BANKS* _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *MAY 20 2008* _____    _____
                           Date                          Signature of Server

*365 EVANS AVENUE, SUITE 604*
*TORONTO, ONTARIO, M8Z 1K2* _____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**BETWEEN**

## FEDERAL TRADE COMMISSION

PLAINTIFF

**AND**

## DATA BUSINESS SOLUTIONS INC., ALSO D/B/A INTERNET LISTING SERVICE CORP., ILS CORP., ILSCORP.NET, DOMAIN LISTING SERVICE CORP., DLS CORP. AND DLSCORP.NET; ARI BALABANIAN; ISAAC BENLOLO; AND KIRK MULVENEY

DEFENDANTS

## <u>AFFIDAVIT OF  SERVICE</u>

I, Raja Todd, of the City of Toronto, in the Province of Ontario, Process Server, make oath and say:

(1)  On May 15, 2008, at 7:50 PM, I served KIRK MULVENEY with the SUMMONS, COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF, TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, INDIVIDUAL FINANCIAL STATEMENT FORM, CORPORATE FINANCIAL STATEMENT FORM, CIVIL COVER SHEET, PLAINTIFF'S APPEARANCE FORMS, LETTER TO CLERK OF COURT REGARDING SEAL, EX PARTE APPLICATION TO FILE PAPERS UNDER SEAL, ORDER TEMPORARILY SEALING FILE, EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF, DECLARATION IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND EXHIBITS TO MEMORANDUM SUPPORTING PLAINTIFF'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE by leaving a copy with JOANNE BANKS at 20 Killarney Court, Brampton, Ontario, L6Z 3B7.

(2)  I was able to identify the person by means of:
(a) At the time and place of service, JOANNE BANKS identified herself to me by verbal admission.

(3)  JOANNE BANKS is a white skinned, brown haired female who is approximately 30 years of age, stands approximately 5 feet 4 inches tall and weighs approximately 130 lbs.

(4)    JOANNE BANKS informed me and I verily believe that she is not active in the United States Military.

SWORN BEFORE ME at the          )
City of Toronto, in the Province     )
of Ontario, this 20th day of          )
May, 2008.                                    )

_____                          _____
A commissioner etc.                                                                    (Raja Todd)

Greg Borg, a Commissioner, etc., City of
Toronto, for Borg Process Servers Inc.,
and for Process Serving and Tenant
Protection Act, 1997 matters only.
Expires March 14, 2009.