# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2783 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Federal Trade Commission vs. Data Business Solutions | | |

**DOCKET ENTRY TEXT**

ENTER Stipulated Order Extending The Temporary Restraining Order: Section XVII of the TRO is modified so that the TRO shall not expire until June 30, 2008 at 11:59p.m., unless within such time the TRO is further extended with the consent of the parties. The hearing on the rule to show cause as to why a preliminary injunction should not issue is reset to 6/30/08 at 9:00a.m. and the hearing date of 6/12/08 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

2008 JUN 11 PM 2:58

FILED