

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DATA BUSINESS SOLUTIONS INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 08 CV 2783<br><br>Judge Robert M. Dow Jr.<br><br>Magistrate Judge Morton Denlow |

### STIPULATED ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER

Plaintiff, Federal Trade Commission ("FTC" or "Commission"), and defendants Data Business Solutions Inc.; Ari Balabanian; Isaac Benlolo; and Kirk Mulveney, by and through their counsel, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, hereby stipulate and agree to extend and modify the Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), originally entered by this Court on May 14, 2008, and extended on May 22, 2008, as follows:

　　　　1.　　That Section XVII of the TRO is modified so that the TRO shall not expire until June 30, 2008, at 11:59 p.m., unless within such time the TRO is further extended with the consent of the parties;

　　　　2.　　That Section XVIII of the TRO is modified to provide that the hearing on the rule to show cause as to why a preliminary injunction should not issue shall be held on June 30, 2008, at 9:00 a.m., in the Courtroom of the Honorable Robert M. Dow Jr., Room 1919, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois;

3. That Section XVIII of the TRO is further modified to provide that Defendants must file with the Court and deliver to counsel for the Commission any brief responding to the order to show cause why a preliminary injunction should not be entered no later than four (4) business days before the time scheduled for the hearing. Any party intending to present the testimony of any witness at the hearing on a Preliminary Injunction in this matter shall, at least three (3) business days prior to the scheduled date and time of hearing, file with this Court and serve on all other parties a statement disclosing the name, address, and telephone number of any such witness, and either a summary of the witness' expected testimony, or the witness' affidavits revealing the substance of such witness' expected testimony;

4. That Section V of the TRO is modified to authorize plaintiff to open the mail forwarded to plaintiff in compliance with this Section. Plaintiff shall make the contents of the mail available to counsel for defendants, upon request, for review and copying while this case remains pending; and

5. That, in all other respects, the asset freeze and remaining provisions of the TRO are to remain in full force and effect.

**IT IS SO ORDERED.**

Dated: _June 11_, 2008

_____
Honorable Robert M. Dow Jr.
United States District Judge

**So Stipulated:**

_____
KAREN D. DODGE
MARISSA J. REICH
Attorneys for Plaintiff
Federal Trade Commission

_____
SALLY H. SALTZBERG
P. MICHAEL LOFTUS
Loftus & Saltzberg, P.C.
Attorney for Defendants Isaac Benlolo and
Kirk Mulveney

*[signature]*
ANTHONY DiVINCENZO
RICK M. SCHOENFIELD
DiVincenzo Schoenfield Swartzmann
attorneys for Defendants Data Business
Solutions Inc. and Ari Balabanian

3