AC

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2783 | **DATE** | 6/30/2008 |
| **CASE TITLE** | FTC vs. DATA BUSINESS SOLUTIONS, INC.,et al | | |

**DOCKET ENTRY TEXT**

ENTER Stipulated Preliminary Injunction with asset freeze and other equitable relief against Isaac Benlolo and Kirk Mulveney. ENTER Stipulated Preliminary Injunction with asset freeze and other equitable relief against Data Business Solutions, Inc., and Ari Balabanian. Hearing date of 6/30/08 is stricken. Status hearing is set for 7/30/08 at 9:30a.m. and parties are to report the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the courts action herein. Lead counsel is directed to appear at this status hearing. Parties to prepare and submit a joint status report within two days prior to status. (See Judges web page for status report)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

U.S. DISTRICT COURT CLERK

2008 JUN 30 AM 11: 04

FILED-EDJ

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | TBK |