AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Federal Trade Commission

V.

Data Business Solutions Inc.; 1646153 Ontario Inc.; Ari Balabanian; Isaac Benlolo; Kirk Mulveney; Steven E. Dale; and Pearl Keslassy

CASE NUMBER: 08 CV 2783

ASSIGNED JUDGE: Robert M. Dow Jr.

DESIGNATED MAGISTRATE JUDGE: Morton Denlow

TO: (Name and address of Defendant)

Pearl Keslassy
32 Cocksfield Ave.
Downsview, ON M3H 5Z2
CANADA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen D. Dodge
Federal Trade Commission
55 W. Monroe, Suite 1825
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

AUG 1 1 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |
| *Check one box below to indicate appropriate method of service* |||
| ☐ Served personally upon the defendant. Place where served: _____ |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: _____ |||
| ☐ Returned unexecuted: _____ |||
| ☑ Other (specify): See attached Plaintiff's Declaration of Service Upon Defendant's 1646153 Ontario Inc., Steven E. Dale, and Pearl Keslassy |||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　　Date　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

<u>**PLAINTIFF'S DECLARATION OF SERVICE UPON**</u>
<u>**DEFENDANTS 1646153 ONTARIO INC., STEVEN E. DALE, AND PEARL KESLASSY**</u>
**PURSUANT TO 28 U.S.C. § 1746**

I, Karen D. Dodge, hereby declare as follows:

1.     I am an attorney employed by and representing the plaintiff, Federal Trade Commission ("FTC"), in the case captioned <u>FTC v. Data Business Solutions Inc.</u>, *et al.*, Civil Action Number 08 CV 2783. My business address is 55 W. Monroe, Ste. 1825, Chicago, Illinois 60603.

2.     On August 18 and 19, 2008, Sally Salzberg informed me via two separate e-mails that she was authorized to accept service of process for 1646153 Ontario Inc., Steven E. Dale, and Pearl Keslassy. Attached as **Dodge Att. A** are true and correct copies of the August 18 and 19, 2008 e-mails from Sally Saltzberg.

3.     Pursuant to Ms. Saltzberg's e-mails, the FTC sent the summonses and amended complaints for 1646153 Ontario Inc., Steven E. Dale, and Pearl Keslassy to Ms. Saltzberg via Federal Express on August 19, 2008. Attached as **Dodge Att. B** is a true and correct copy of the August 19, 2008 letter that I sent to Ms. Saltzberg in which I stated that I was serving upon her the summonses and amended complaints for 1646153 Ontario Inc., Steven E. Dale, and Pearl Keslassy.

4.     Those materials were delivered to Ms. Saltzberg's office on August 20, 2008. See **Dodge Att. C** (true and correct copy of the Federal Express shipping label that was affixed to the envelope containing the summonses and amended complaints for 1646153 Ontario Inc., Steven E. Dale, and Pearl Keslassy that was sent to Ms. Saltzberg on August 19, 2008); and **Dodge Att. D** (true and correct copy of the Federal Express tracking report obtained from www.fedex.com,

which indicates that the FTC's Federal Express package was successfully delivered to Ms. Saltzberg's office on August 20, 2008.)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on August 25, 2008

Karen D. Dodge

## Dodge, Karen

| | |
|---|---|
| **From:** | Sally Saltzberg [shsaltzberg@lofsal.com] |
| **Sent:** | Monday, August 18, 2008 8:34 AM |
| **To:** | Dodge, Karen |
| **Cc:** | Reich, Marissa |
| **Subject:** | Dale |

Hi. I just wanted you guys to know that it appears that I will represent Dale. I'll have the final answer, today. Of course, I'll accept service for Dale and Pearl Keslassy.

**Dodge  Att. A**

## Dodge, Karen

| | |
|---|---|
| **From:** | Sally Saltzberg [shsaltzberg@lofsal.com] |
| **Sent:** | Tuesday, August 19, 2008 2:19 PM |
| **To:** | Dodge, Karen |
| **Cc:** | Meghan Timmerman |
| **Subject:** | RE: FTC v. Data Business Solutions/Amended Complaint |

I'll take service for the Ontario Corporation. You don't have to worry about the summons and complaint. I'll get appearances on file for all three. As for Thursday, how about 10:30 a.m. If Friday is better, that's fine too.



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
MIDWEST REGION

Suite 1825, 55 West Monroe Street
Chicago, IL 60603-5001

Karen D. Dodge
Staff Attorney

Direct Dial
(312) 960-5608

August 19, 2008

**Via Federal Express**

Sally H. Saltzberg, Esq.
Loftus & Saltzberg, P.C.
53 West Jackson Boulevard, Suite 1515
Chicago, Illinois 60604

          Re:   *FTC v. Data Business Solutions Inc., et al.*
                Civil Action No. 08 CV 2783

Dear Sally:

    In accordance with your e-mails today, in which you agreed to accept service of process on behalf of 1646153 Ontario Inc., Steven E. Dale, and Pearl Keslassy, enclosed please find the summonses and amended complaints for these parties.

                        Sincerely,

                        Karen D. Dodge

Enclosures

**Dodge Att. B**

From: Origin ID: CHIA (312) 960-5634
KAREN DODGE
Federal Trade Commission
55 West Monroe Street
Suite 1825
CHICAGO, IL 60603



Ship Date: 19AUG08
ActWgt: 1.0 LB
System#: 3682315/INET8061
Account#: S *********

**COPY FOR YOUR INFORMATION**

Delivery Address Bar Code



SHIP TO: (312) 913-2000   BILL SENDER
SALLY SALTZBERG
LOFTUS & SALTZBERG PC
53 WEST JACKSON BLVD
SUITE 1515
CHICAGO, IL 60604

Ref #
Invoice #
PO #
Dept #



TRK# 7960 6039 3393
0201

WED - 20AUG   A1
PRIORITY OVERNIGHT

**79 CHIA**

60604
IL-US
ORD





**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Dodge Att. C**

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                            8/19/2008

# FedEx

Español | Customer Support | FedEx Locations    Search [    ] Go

Package/Envelope | Freight | Expedited | Office/Print Services

Ship ▸ | Track ▸ | Manage ▸ | Business Solutions ▸

Track Shipments/FedEx Kinko's Orders    Printable Version    Quick Help
## Detailed Results

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 796060393393 | **Destination** | CHICAGO, IL | |
| **Signed for by** | A.HICKEY | **Delivered to** | Receptionist/Front Desk | |
| **Ship date** | Aug 19, 2008 | **Service type** | Priority Envelope | |
| **Delivery date** | Aug 20, 2008 10:09 AM | **Weight** | 0.5 lbs. | |
| **Status** | Delivered | | | |
| **Signature image available** | Yes | | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Tracking a FedEx SmartPost Shipment?
Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 20, 2008 | 10:09 AM | Delivered | CHICAGO, IL | |
| | 8:22 AM | On FedEx vehicle for delivery | CHICAGO, IL | |
| Aug 19, 2008 | 10:23 PM | Left FedEx origin facility | CHICAGO, IL | |
| | 10:23 PM | At local FedEx facility | CHICAGO, IL | |
| | 4:24 PM | Picked up | CHICAGO, IL | |
| | 4:06 PM | Package data transmitted to FedEx | | |

Find locations even easier.

[ Signature proof ]  [ E-mail results ]  [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name: [            ]    Your e-mail address: [            ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |

Select format: ● HTML  ○ Text  ○ Wireless
Add personal message:

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

**Dodge Att. D**

http://fedex.com/Tracking    8/25/2008