**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 C 2783 |
| | ) |
| DATA BUSINESS SOLUTIONS INC., also d/b/a | ) Judge Robert M. Dow Jr. |
| INTERNET LISTING SERVICE CORP., | ) |
| ILS CORP., ILSCORP.NET, DOMAIN LISTING | ) Magistrate Judge |
| SERVICE CORP., DLS CORP., and | ) Denlow |
| DLSCORP.NET; 1646153 ONTARIO INC., | ) |
| also d/b/a INTERNET LISTING SERIVE CORP., | ) |
| ILS CORP., ILSCORP. NET. DOAMIN LISTING | ) |
| SERVICE CORP., DLS CORP., and | ) |
| DLSCORP.NET; | ) |
| | ) |
| ARI BALABANIAN; | ) |
| | ) |
| ISAAC BENLOLO; | ) |
| | ) |
| KIRK MULVENEY, | ) |
| | ) |
| STEVEN E. DALE; and | ) |
| | ) |
| PEARL KESLASSY; | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

**NOW COMES** Sally H. Saltzberg and P. Michael Loftus, counsel for defendant Steven E. Dale., and hereby move this Court for leave to withdraw as attorneys of record for the defendant, Steven E. Dale. In support of this motion, counsel state:

1.    That counsel and defendant Dale have a potential irreconcilable conflict regarding the issues in this case.

2.      That counsel and defendant Dale also have irreconcilable differences regarding this matter which make it impossible for counsel to carry out their legal duties effectively;

3.      That counsel have advised defendant Dale that he should retain substitute counsel;

4.      That defendant Dale requested that counsel withdraw from representing him and he has full knowledge of counsels' motion to withdraw;

5.      That counsel will provide plaintiff with all contact information for defendant Dale in their possession.

**WHEREFORE,** defendant Steven E. Dale's counsel, Sally H. Saltzberg and P. Michael Loftus, move this Honorable Court for an entry of an order of withdrawal.


Dated: September 8, 2008                    By:_____
                                                 One of Defendant's Attorneys


Sally H. Saltzberg
P. Michael Loftus
Loftus & Saltzberg, P.C.
53 West Jackson Boulevard, Suite 1515
Chicago, IL 60604
(312) 913-2000