**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) Case No. 08 C 2783 |
| Plaintiff, | ) |
| | ) Judge Robert M. Dow, Jr. |
| v. | ) |
| | ) Magistrate Judge Morton Denlow |
| DATA BUSINESS SOLUTIONS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To:    Karen Dodge                 Anthony S. Divincenzo
       Marissa Reich              Rick M. Schoenfield
       Federal Trade Commission   DiVincenzo Schoenfield Swartzman
       55 West Monroe Street      33 N. LaSalle St., Suite 29th Floor
       Suite 1825                 Chicago, IL 60602
       Chicago, IL 60603

PLEASE TAKE NOTICE that on September 9, 2008 at 9:30 a.m., or as soon

thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert

M. Dow, Jr. or any judge sitting in his stead in Room 1919 of the U.S. District Court of

the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois

and shall present **Loftus & Saltzberg, P.C.'s Motion to Withdraw as Counsel for**

**Steven E. Dale**, a copy of which is served upon you.

Respectfully submitted,

/s/ Sally H. Saltzberg_____
One of Defendant's Attorneys

Sally H. Saltzberg
P. Michael Loftus
Loftus & Saltzberg, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 913-20000

**Certificate of Service**

I hereby certify that on September 8, 2008, I electronically filed the foregoing

**Notice of Motion** with the Clerk of the Court using the ECF system which sent electronic

notification of the filing on the same day to:


Karen Dodge
Marissa Reich
Federal Trade Commission
55 West Monroe Street
Suite 1825
Chicago, IL 60603

Anthony S. Divincenzo
Rick M. Schoenfield
DiVincenzo Schoenfield Swartzman
33 N. LaSalle St., Suite 29th Floor
Chicago, IL 60602