Order Form (01/2005)

Case: 1:08-cv-02783 Document #: 91 Filed: 03/30/10 Page 1 of 1 PageID #:643

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2783 | **DATE** | 3/30/2010 |
| **CASE TITLE** | FTC vs. DATA BUSINESS SOLUTIONS, INC.,et al | | |

**DOCKET ENTRY TEXT**

ENTER STIPULATED ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS DATA BUSINESS SOLUTIONS, INC. AND ARI BALABANIAN.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|